made as a condition of the Defendant's sentence before he would be eligible for parole.

We wish to thank Terry Mailloux of the Montana Defender Project for assistance to the Defendant and to this Court.

DATED this 3rd day of April, 1987.

## SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas Honzel, Douglas Harkin, Judges.

From: The District Court of the Nineteenth Judicial District, County of Lincoln, STATE OF MONTANA, Plaintiff vs. VINCENT LEROY TUNISON, Defendant.

## DECISION

No. DC-86-7

The application of the above-named defendant for a review of the sentence of 7 years with a conditional DANGEROUS DESIGNATION for Attempted Incest imposed on May 5, 1986, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

We wish to thank Terry Mailloux of the Montana Defender Project for assistance to the Defendant and to this Court.

DATED this 3rd day of April, 1987.

## SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas Honzel, Douglas Harkin, Judges.

## MAY 1987 CALENDAR

From: The District Court of the Eighteenth Judicial District, County of Gallatin, STATE OF MONTANA, Plaintiff vs. SCOTT DANIEL KENNEDY, Defendant.

## DECISION

No. DC-85-23A

The application of the above-named defendant for a review of the sentence for Counts I & II, Sexual Intercourse Without Consent, 20 years on each count to be served concurrently; Count III, Kidnapping, 10 years; to be served consecutively to

14

Counts I & II plus credit for time served; DANGEROUS DESIGNATION imposed on October 1, 1985, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

We wish to thank Leanne Schraudner, Attorney at Law, from Bozeman, for her assistance to the Defendant and to this Court.

DATED this 8th day of May, 1987.

## SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas Honzel, Robert J. Boyd, Judges.

From: The District Court of the Thirteenth Judicial District, County of Yellowstone, STATE OF MONTANA, Plaintiff vs. ROBERT LEE NORRIS, Defendant.

## DECISION

No. DC-83-121

The application of the above-named defendant for a review of the sentence for Count I, Aggravated Kidnapping, 10 years; Count II, Sexual Intercourse Without Consent, 40 years; Count III Sexual Intercourse Without Consent, 40 years; all to be served consecutively; credit for time served imposed on November 15, 1983, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence of the sentencing judge, the Hon. Charles Luedke is affirmed by this Court with Judge Harkin dissenting.

HONORABLE DOUGLAS HARKIN DISSENTING: Judge Harkin would designate the Petitioner as a Dangerous Offender. The Petitioner's history indicates that he has a propensity to commit crimes of this nature and that he would do it again when he is released. Judge Harkin would also recommend that the Petitioner never be released.

We wish to thank Pete Carroll of the Montana Defender Project for his assistance to the Defendant and to this Court.

DATED this 8th day of May, 1987.

## SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas Honzel, Douglas Harkin, Judges.

From: The District Court of the Thirteenth Judicial District, County of Yellowstone, STATE OF MONTANA, Plaintiff vs. CLYDE KENT LEWIS, Defendant.

## DECISION

No. DC-84-155